Michael P. Zweig (MZ-5318)
Eugene R. Licker (EL-0334)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

*Attorneys for Defendant
Broadcaster, Inc.*



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
PAUL GOODMAN                                           :

                Plaintiff,             :

               -against-              :

MARTIN WADE, NOLAN QUAN, BLAIR     :    **08 CV 2851**
MILLS, BROADCASTER, INC., GARY
HERMAN, BRUCE GALLOWAY, THOMAS  :    Case No.:
KIKIS, KIKIS FAMILY FOUNDATION,
WILLOW CREEK CAPITAL                          :    **RULE 7.1 STATEMENT**
MANAGEMENT, TRINIDAD CAPITAL
MASTER FUND, LTD., AARON BROWN,
ANDREW GARRONI, STRATEGIC
TURNAROUND EQUITY PARTNERS, LP
(CAYMAN) AND DIGITAL CREATIVE
DEVELOPMENT CORPORATION,

               Defendants.

-------------------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Broadcaster, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                              NONE

Dated: March 18, 2008
New York, New York

                    LOEB & LOEB LLP

By: _____
                    Michael P. Zweig (MZ-5318)
                    Eugene R. Licker (EL-0334)
                    345 Park Avenue
                    New York, New York 10154-0037
                    212-407-4000

                    *Attorneys for Defendant Broadcaster, Inc.*