Michael P. Zweig (MZ-5318)
Eugene R. Licker (EL-0334)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendant Broadcaster Inc.*

Michael Armstrong (MA-8570)
HOWREY LLP
153 East 53rd Street, 54th Floor
New York, New York 10022
(212) 896-6500

*Attorneys for Defendants*
*Martin Wade, Nolan Quan and Blair Mills*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X
PAUL GOODMAN,                                                      :

        Plaintiff,                                         :

    -against-                                                     :

                                                                Case No.: 08-cv-2851

MARTIN WADE, NOLAN QUAN, BLAIR MILLS,                              :
BROADCASTER, INC., GARY HERMAN, BRUCE                                 (Stanton, J.)
GALLOWAY, THOMAS KIKIS, KIKIS FAMILY
FOUNDATION, WILLOW CREEK CAPITAL                                   :
MANAGEMENT, TRINIDAD CAPITAL MASTER                                :
FUND, LTD., AARON BROWN, ANDREW GARRONI,                              NOTICE OF MOTION
STRATEGIC TURNAROUND EQUITY PARTNERS, LP                           :
(CAYMAN) and DIGITAL CREATIVE DEVELOPMENT
CORPORATION,                                                       :

        Defendants.
------------------------------------------------------------------ X

        PLEASE TAKE NOTICE, that upon the accompanying Declaration of Michael P. Zweig, with exhibits, dated May 21, 2008, the accompanying Declaration of

NY721326.1
212282-10001

Leslie Marlow, with exhibits, dated May 21, 2008, and the accompanying memorandum of law, Defendant Broadcaster, Inc., by their attorneys Loeb & Loeb LLP, and Defendants Martin Wade, Nolan Quan and Blair Mills, by their attorneys Howrey LLP, will move this Court as soon as counsel can be heard before Hon. Louis L. Stanton at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order pursuant to Rule 12(b)(6), Rule 12(b)(2) and Rule 12(b)(5) of the Federal Rules of Civil Procedure dismissing the complaint in this action or, in the alternative, for an Order pursuant to 28 U.S.C. §1404 transferring this action to the United States District Court for the Central District of California.

PLEASE TAKE FURTHER NOTICE that, pursuant to agreement of counsel, answering papers shall be filed and served no later than June 4, 2008.

Dated:  New York, New York
        May 21, 2008

LOEB & LOEB LLP

By: _____
    Michael P. Zweig (MZ-5318)
    Eugene R. Licker (EL-0334)
    345 Park Avenue
    New York, New York 10154
    (212) 407-4000

Attorneys for Defendant
Broadcaster, Inc.

-and-

NY721326.1
212282-10001

HOWREY LLP

By: /s/ Michael Armstrong
Michael Armstrong (MA-8570)
153 East 53rd Street, 54th Floor
New York, New York 10022
(212) 896-6500

Attorneys for Defendants
Martin Wade, Nolan Quan
and Blair Mills

NY721326.1
212282-10001