UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL GOODMAN,

                        Plaintiff,

-against-                                 08 CV 2851 (LLS)

MARTIN WADE, NOLAN QUAN, BLAIR MILLS,
BROADCASTER, INC., GARY HERMAN, BRUCE
GALLOWAY, THOMAS KIKIS, KIKIS FAMILY
FOUNDATION, WILLOW CREEK CAPITAL
MANAGEMENT, TRINAD CAPITAL MASTER
FUND, LTD., AARON BROWN, ANDREW GARRONI,
STRATEGIC TURNAROUND EQUITY PARTNERS, LP
(CAYMAN) AND DIGITAL CREATIVE DEVELOPMENT
CORPORATION,

                        Defendants.
-------------------------------------------------------------X

## PLAINTIFF'S CROSS- MOTION TO REMAND

PLEASE TAKE NOTICE that plaintiff pro se Paul Goodman, will move, and hereby moves this Court, pursuant to 28 U.S.C. §1447, for an order remanding this action to New York State Supreme Court together with the just costs and any actual expenses, including attorneys fees, together with such other and further relief as this Court deems just and proper.

Dated: June 5, 2008

                                                            Paul Goodman

                                                            Plaintiff *Pro Se*
                                                             420 Lexington Avenue
                                                            Suite 2320
                                                           New York, New York 10170
                                                           (212) 661-6800